UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| MANUELL ROGERS, | Case No.: 2:25-cv-02430-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

On March 30, 2026, the Court screened Plaintiff Manuell Rogers' civil rights complaint under 28 U.S.C. § 1915A(a). Docket No. 8. The Court dismissed the complaint without prejudice and with leave to amend. In response, Plaintiff has filed two first amended complaints, each bringing different claims against different defendants. Docket Nos. 11, 12. The Court will not piecemeal Plaintiff's operative complaint together from multiple filings. Plaintiff's operative complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Accordingly, the Court gives Plaintiff leave to file a single, complete, second amended complaint on or before **June 12, 2026**. If Plaintiff does not file a second amended complaint, the Court will accept the initially filed first amended complaint (Docket No. 11) as the operative complaint and will strike the second first amended complaint (Docket No. 12).

The Court notes that the screening order explained that Plaintiff cannot bring multiple, improperly joined claims in a single suit. Docket No. 8 at 3-5. It is not clear whether Plaintiff may have filed two first amended complaints believing that was the proper way to bring unrelated claims. However, Plaintiff cannot bring multiple unrelated claims in a single case. Rather, Plaintiff must file a single, complete second amended complaint in this case and bring any unrelated claims in a new case with a new case number, a new complaint, and a separate application to proceed *in forma pauperis*.

If Plaintiff chooses to file a second amended complaint, he is advised that a second amended complaint supersedes (replaces) the original complaint, and any previously filed amended complaints and, thus, the second amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's second amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff must file the second amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "Second Amended Complaint."

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff is given leave to file a single, complete, second amended complaint no later than **June 12, 2026**.

IT IS FURTHER ORDERED that the Clerk of the Court send will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a courtesy copy of each of his first amended complaints (Docket Nos. 11, 12).

IT IS FURTHER ORDERED that if Plaintiff chooses not to file a second amended complaint, the Court will screen only his initially filed first amended complaint (Docket No. 11) and will not consider any allegations in his second first amended complaint.

IT IS SO ORDERED.

DATED: May 13, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2