UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MANUELL ROGERS,

Plaintiff,

v.

HIGH DESERT STATE PRISON, et al.,

Defendants.

Case No.: 2:25-cv-02430-APG-NJK

**Order Directing Plaintiff to File His Current Address with the Court**

On May 13, 2026, the Court issued an order explaining that Plaintiff cannot proceed with multiple complaints in a single case and giving Plaintiff an opportunity to file a single, complete second amended complaint. Docket No. 13. That order came back as undeliverable to High Desert State Prison ("HDSP"), the last address that Plaintiff provided to the Court. Docket No. 14. The HDSP law library included a notation that Plaintiff is at Southern Desert Correctional Center. *Id.*

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. It is Plaintiff's responsibility to update his address immediately any time that his address changes. The Court will resend its previous order and extend the deadline for Plaintiff to file a single, complete second amended complaint, as a one-time courtesy. However, if Plaintiff misses any Court orders or deadlines in the future because of his failure to notify the Court of a change to his address, this case will be subject to dismissal without further warning.

Accordingly, for the reasons stated above,

IT IS ORDERED that the Clerk of the Court is directed to send a courtesy copy of the Court's previous order (Docket No. 13), as well as this order, to Plaintiff at Southern Desert Correctional Center.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file a single, complete second amended complaint is extended until **June 22, 2026**.

IT IS FURTHER ORDERED that Plaintiff must file his current address with the Court by **June 22, 2026**.

IT IS FURTHER ORDERED that, if Plaintiff fails to file his current address with the Court by **June 22, 2026**, this case will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when he can provide the Court his current address.

IT IS SO ORDERED.

DATED:   May 21, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2